**Electronically Filed
Supreme Court
SCPW-19-0000555
24-JUN-2020
12:57 PM**

SCPW-19-0000555

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ALEX LESSIN and JANET KIRA LESSIN, Petitioners,

vs.

THE HONORABLE PETER T. CAHILL, Judge of the Circuit Court of the
Second Circuit, State of Hawai'i, Respondent Judge.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioners Alex Lessin and
Janet Kira Lessin's petition for writ of mandamus, the documents
attached thereto and submitted in support thereof, and the
record, it appears that the requested extraordinary relief is
not warranted. See Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d
334, 338 (1999) (a writ of mandamus is an extraordinary remedy
that will not issue unless the petitioner demonstrates a clear
and indisputable right to relief and a lack of alternative means
to redress adequately the alleged wrong or obtain the requested
action; it is meant to restrain a judge of an inferior court

from acting beyond or in excess of his or her jurisdiction). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, June 24, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson

2